IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07- 85m |
| | ) | |
| WADE GRAY | ) | |

## MOTION AND ORDER FOR ARREST WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Wade Gray, as a result of the Criminal Complaint returned against him by on April 25, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: April 25, 2007

AND NOW, this ___25___ day of ___April___, 2007, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of Wade Gray.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge