AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

WADE GRAY

# WARRANT FOR ARREST

CASE NUMBER: 07- 85M-MPT

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _____ when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

in violation of Title  18  United States Code, Section (s)  922(g)(1) and 924(a)(2)

Honorable Mary Pat Thynge
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

Signature of Issuing Officer

April 25, 2007    Wilmington, DE
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ 844 King St. Wilm DE |

| DATE RECEIVED 4-25-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4-25-07 | William David, DUSM | William David |

AO 442 (Rev. 12/85) Warrant for Arrest

