IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 07- 68-UNA |
| | ) |
| WADE GRAY, | ) |
| | ) |
| | ) REDACTED |
| Defendant. | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about April 24, 2007 in the State and District of Delaware, WADE GRAY defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Armi Tanfoglio Giuseppe, Model 27, .25 caliber pistol, serial number MK21590, after having been convicted on or about January 11, 2007, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for Fairfax County, North Carolina, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the



FILED
MAY 22 2007
U.S. ...URT
DISTRICT OF DELAWARE

following: a Armi Tanfoglio Giuseppe, Model 27, .25 caliber pistol, serial number MK21590.

A TRUE BILL

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: /s/ Martin C. Meltzer
Martin C. Meltzer
Special Assistant United States Attorney

Dated: May      , 2007

2