UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 07-68 UNA |
| | ) | |
| WADE GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on **MAY 31, 2007** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until July 07, 2007. The time between the date of this order and July 27, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

MAY 31 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE