IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-068 JJF |
| WADE GRAY, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, on May 31, 2007, the above named Defendant entered a plea of not guilty to the charge pending against him in this Court;

NOW THEREFORE, IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Thursday, August 2, 2007 at 11:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

July 19, 2007
DATE

UNITED STATES DISTRICT JUDGE



FILED

JUL 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE