```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
```

UNITED STATES OF AMERICA,           :
                                    :
       Plaintiff,               :
                                    :
  v.                                : Criminal Action No. 07-068 JJF
                                    :
WADE GRAY,                          :
                                    :
       Defendant.               :

### O R D E R

WHEREAS, on August 2, 2007, a Scheduling Conference was held;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) An Evidentiary Hearing or a Plea Hearing will be held on **September 21, 2007 at 12:00 p.m.**

2) Trial will commence on **October 31, 2007 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

3) The parties shall submit to the Court Jointly Proposed Jury Instructions, along with a copy on disc in WordPerfect format, no later than **4:30 p.m. on October 24, 2007.**

4) Any Proposed Special Voir Dire Questions shall be filed by **noon on October 24, 2007.**

5) Any Motions in Limine must be filed and completed briefing **five (5)** business day prior to commencement of trial.

6)   The time between August 2, 2007 and October 31, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

August 24, 2007
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE